# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:07-cr-00065-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| QUENTIN FERGUSON, ) | ORDER |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon receipt of Defendant's psychiatric report (Doc. No. 22). According to that report, Defendant does not currently have the capacity to assist legal counsel in his defense and is therefore not competent to stand trial. After conducting a competency hearing in this matter, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense. See 18 U.S.C.A. § 4241(d) (West 2007).

Therefore, because Defendant is presently incompetent to stand trial, he is committed into the custody of the Attorney General for hospitalization and treatment in a suitable facility, such period of commitment not to exceed four months, at which time the Court will entertain motions for an additional period of time until Defendant's condition is so improved that trial may proceed.

IT IS SO ORDERED.    Signed: January 7, 2008

Frank D. Whitney
United States District Judge