# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

DOCKET NO. 3:07CR65-W

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **FINAL ORDER AND JUDGMENT** |
| | ) **CONFIRMING FORFEITURE** |
| QUENTIN FERGUSON, | ) |
| Defendant. | ) |

On January 23, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Count Two in the Bill of Indictment. As to Count Two, Defendant was charged with unlawful use and possession of a firearm in furtherance of a drug trafficking crime.

On January 25, 2009 through February 23, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from January 25, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Ruger 9mm pistol, model P89, serial number 20757488 and ammunition.**

IT IS SO ORDERED.

Signed: March 27, 2009

Frank D. Whitney
United States District Judge