UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:07CR65-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| QUENTIN FERGUSON ) | |

THIS MATTER is before the Court on the government's motion to correct a clerical error in the Final Order and Judgment Confirming Forfeiture filed herein on March 27, 2009, pursuant to Fed. R. Crim. P. 36. For good cause shown,

IT IS ORDERED that the serial number of the firearm stated in the Final Order and Judgment of Forfeiture is amended to read 30757488.

Signed: November 19, 2009

Frank D. Whitney
United States District Judge